In re T.F. Management Inc. et al.; Calhoun, Maurice Riemer Jr.; Calhoun Partners LLC; Howell, James C. Jr.; B.L. of La. Inc.; Mansfield Elderly Housing Association; Calhoun Builders Inc.; Hibernia National Bank; Sabine State Bank & Trust Co.; Community Bank of Louisiana; Peoples State Bank; Progressive National Bank of De Soto Parish; Edward D. Jones & Co. L.P.; Jones, Edward D. & Co. L.P.; Bank One N.A.; Whitney National Bank; Regions Bank; Amsouth Bank; — Defendants); Applying for Supervisory and/or Remedial Writs, Parish of Desoto, 11th Judicial District Court Div. B, Nos. 61493, 61494, 61495, 61496, 61497, 61498, 61499; to the Court of Appeal, Second Circuit, No(s). 38702-CW, 38703-CW, 38704-CW, 38705-CW, 38706-CW, 38707-CW, 38708-CW.
Denied.